# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

OSCAR MIGUEL BLANCO HERNANDEZ,

      Petitioner,

VS.                                                   CASE NO. 6:26-cv-618-JA-DCI

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

      Respondents.

---

## ORDER AND INJUNCTION

Before the Court is Oscar Miguel Blanco Hernandez's Petition for Writ of Habeas Corpus (Doc. 1).

At the hearing on the Petition for Writ of Habeas Corpus, the Government agreed that if 8 U.S.C. § 1226 applies, Mr. Blanco Hernandez is entitled to immediate release. (*See* Doc. 4; *see also* Doc. 5 at 6–7). Mr. Blanco Hernandez has shown a likelihood of success on the merits sufficient to justify the issuance of an injunction because Respondents are illegally detaining him under 8 U.S.C. § 1225. Mr. Blanco Hernandez would suffer irreparable injury absent relief, and the balance of equities and the public interest weigh in his favor.

Accordingly, it is **ORDERED and ADJUDGED**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are **DIRECTED** to immediately release Petitioner.

3. The Court **INCORPORATES BY REFERENCE** the reasoning of Judge Dalton in *Gimenez Rivero v. Mina*, Case No. 6:26-cv-66 (Doc. 15) (M.D. Fla. Mar. 19, 2026).

4. Respondents Louis A. Quinones, Jr., ICE/U.S. Immigration and Customs Enforcement; the ICE Field Office Director of the Orlando Field Office; the U.S. Department of Homeland Security; and all other persons or entities acting in active concert or participation with them, are **PERMANENTLY RESTRAINED AND ENJOINED** from detaining Mr. Blanco Hernandez under 8 U.S.C. § 1225. Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from detaining Mr. Blanco Hernandez under 8 U.S.C. § 1226 until at least **Monday, April 6, 2026**. Should Respondents elect to detain him under that statute after that date, Respondents are **DIRECTED** to release him within ten days of his detainer unless he is provided with a bond hearing before an immigration judge within that ten-day period. If he is re-detained and released, Respondents must facilitate his transportation from the detention facility by notifying his counsel of the time and place where he may be collected.

5. No security bond is required for this injunction as the Court deems it unnecessary.

6. Mr. Blanco Hernandez is **DIRECTED** to notify his counsel should his place of residence change while his immigration proceedings are ongoing.

7. The Court **RETAINS** jurisdiction to enforce the terms of this Order. If Mr. Blanco Hernandez is later detained and deprived of a timely hearing but not released as ordered herein, he may move to reopen this case without opening a new file. The Court also retains jurisdiction to consider the matter of fees and costs.

8. ICE shall immediately deliver to Mr. Blanco Hernandez all of his property and immigration documents in its possession upon his request.

9. All of Mr. Blanco Hernandez's personal property and immigration documents not currently located at the Immigration and Customs Enforcement (ICE) Facility at 9495 Delegates Drive Orlando, FL 32837 shall be delivered by Respondents to that ICE facility within **forty-eight hours** of this Order—before March 29, 2026, at 12:00 p.m. Mr. Blanco Hernandez or a person designated by Mr. Blanco Hernandez in writing to receive the property or documents may make the request for return of the property before April 6, 2026, at the ICE facility located

at 9495 Delegates Drive Orlando, FL 32837.  ICE personnel are otherwise **ENJOINED** from removing Mr. Blanco Hernandez's personal property and immigration documents from its Delegates Drive facility.  Respondents are **PROHIBITED** from re-detaining Mr. Blanco Hernandez if he personally appears at the Delegates Drive facility to retrieve his personal property and immigration documents within **ten days** from the date of this Order.

10.  Once Mr. Blanco Hernandez is released from custody, Mr. Blanco Hernandez's counsel is **DIRECTED** to file a notice within 24 hours confirming release.

**DONE** and **ORDERED** on March _26_, 2026 at _10_ : _11_ a.m.

                        JOHN ANTOON II
                        United States District Judge

Copies furnished to:
Counsel of Record
Respondents

4