# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

OSCAR MIGUEL BLANCO HERNANDEZ,

     Petitioner,

VS.                                                       CASE NO. 6:26-cv-618-JA-DCI

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

     Respondents.

_____

## ORDER

    This Order corrects the scrivener's error in the date of the Order (Doc. 9) issued earlier today. As observed by the parties' attorneys, the Order was signed on March 27—after the hearing—rather than on March 26.

    **DONE** and **ORDERED** on March 27, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents